USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
EAR BOOKER ENTERPRISES, INC.,        :   No. 12-CV-2385 (AT)
:
            Plaintiff,               :   **STIPULATION OF DISMISSAL**
    - v. -                           :   **WITH PREJUDICE**
:
SONY MUSIC ENTERTAINMENT,            :
:   ECF CASE
            Defendant                :
------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted by Plaintiff Ear Booker Enterprises, Inc. in this action are hereby dismissed with prejudice, with each party to bear its own fees and costs.

NY: 851471-1

Dated:    December 16, 2013

| KING & BALLOW | COVINGTON & BURLING LLP |
|---|---|
| By: /s/ Richard S. Busch w/p/AWC | By: /s/ Jennifer Saperstein |
| Richard S. Busch | Jonathan M. Sperling |
| 315 Union Street, Suite 100 | Douglas S. Curran |
| Nashville, Tennessee 37201 | The New York Times Building |
| 615.259.3456 (phone) | 620 Eighth Avenue |
| 615.726.5417 (fax) | New York, New York 10018 |
| | 212.841.1000 (phone) |
| | 212.841.1010 (fax) |
| Kenneth E. Gordon | |
| GORDON, GORDON & SCHNAPP, P.C. | |
| 437 Madison Avenue, 39th Floor | Jennifer H. Saperstein |
| New York, New York 10022 | 1201 Pennsylvania Ave. NW |
| 212.355.3200 (phone) | Washington, DC 20004 |
| 212.355.3292 (fax) | 202.662.5682 (phone) |
| | 202.778.5682 (fax) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____
ANALISA TORRES
United States District Judge

Dated: December 16, 2013
New York, NY